UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:24-cr-278-RBW |
| | : | |
| **SOHAIL BHATTI,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO SET PLEA HEARING

The United States of America and Defendant, Sohail Bhatti, by and through his counsel, have reached a plea agreement. Accordingly, the government respectfully request that the Court schedule a hearing for the Defendant to enter a plea.

The Court had previously ordered a trial to commence on November 4, 2024. In the interim, a plea agreement has been reached, and a statement of offense, in support of the plea, has been signed by Mr. Bhatti and his counsel.

Accordingly, the government respectfully request that the Court set a change of plea hearing for October 16, 2024 at 11:00 a.m. The parties request that the hearing be held by virtual teleconference. Additionally, the government also respectfully request the Court vacate any remaining pre-trial deadlines, the trial scheduled to begin on November 4, 2024, and the pre-trial conference set for October 24, 2024.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:  /s/ Rachel Freeh
RACHEL FREEH
Assistant United States Attorney
District of Columbia Bar No. 1736082
601 D Street NW
Washington, D.C. 20530
(202) 252-7749
Rachel.freeh@usdoj.gov

/s/ Sara E. Levine
SARA E. LEVINE
Assistant United States Attorney
VA Bar No. 98972
601 D Street NW
Washington, DC 20530
Sara.levine@usdoj.gov
(202) 252-1793